# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Congoleum Corporation,[1] <br><br> Debtor. <br> _____ <br><br> Bath Iron Works Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Congoleum Corporation, <br><br> Defendant. | Case No: 3-20-cv-16590-MAS <br><br><br> Chapter 11 <br> Case No.: 20-18488 (MBK) <br><br><br> Adv. Pro. No.: 20-01439 (MBK) <br><br><br> **MOTION FOR ANTHONY R. TWARDOWKSI, ESQUIRE'S ADMISSION *PRO HAC VICE*** |

The undersigned counsel for DVL, Inc. and DVL Kearny Holdings, LLC (together "DVL"), Eitan D. Blanc, Esquire, hereby moves for the admission *pro hac vice* of Anthony R. Twardowski, Esquire, as counsel for DVL in the above captioned matter, pursuant to Local Civil Rule 101.1(c), and in support thereof certifies as follows:

1.  I am an attorney licensed to practice law in New Jersey by the Supreme Court of New Jersey and am admitted and eligible to practice in the U.S. District Court of New Jersey pursuant to Local Civil Rule 101.1(b).

2.  Mr. Twardowski is a member in good standing of the bars of the Supreme Court of Pennsylvania, the U.S. Court of Appeals for the Third Circuit, and the U.S. District Court for the Eastern District of Pennsylvania.

3. No disciplinary proceedings are pending against Mr. Twardowski in any jurisdiction and no discipline has previously been imposed on Mr. Twardowski in any jurisdiction.

4. Both Mr. Twardowski and I agree to comply with L. Civ. R. 101 (c).

5. I certify that the foregoing statements made herein are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

WHEREFORE, undersigned counsel hereby requests that the Court grant this Motion and enter the proposed Order submitted herewith.

**ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER, TODDY, P.C.**

By: /s/ Eitan D. Blanc
Eitan D. Blanc, Esq
2005 Market Street, 16th Floor
Philadelphia, Pa 19103
T. 215-569- 2800
F. 215-5769-1606
edblanc@zarwin.com
Attorney for DVL, Inc. and DVL Kearny Holdings, LLC

Dated: December 22, 2020

---

[1] The last four digits of the Debtor's federal tax identification number are 8678. The Debtor's corporate headquarters is located at 3500 Quakerbridge Road, Mercerville, New Jersey 08619.