IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Congoleum Corporation,[1] | Case No: 3-20-cv-16590-MAS |
| Debtor. | |
| | Chapter 11 |
| | Case No.: 20-18488 (MBK) |
| Bath Iron Works Corporation, | |
| Plaintiff, | |
| | Adv. Pro. No.: 20-01439 (MBK) |
| v. | |
| Congoleum Corporation, | |
| Defendant. | **CERTIFICATION OF ANTHONY R. TWARDOWSKI, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Anthony R. Twardowski, Esquire, of full age, being duly sworn according to law, certify as follows:

1. I am an attorney-at-law of the Commonwealth of Pennsylvania, and a shareholder of the law firm of Zarwin, Baum, DeVito, Kaplan, Schaer, Toddy, P.C., headquartered in Philadelphia, Pennsylvania.

2. I respectfully make this Certification in support of my application for admission *pro hac vice* to the Bar of the U.S. District Court for New Jersey for purposes of this case only, to serve as co-counsel to DVL, Inc. and DVL Kearny Holdings, LLC (collectively "DVL") in this matter.

---

[1] The last four digits of the Debtor's federal tax identification number are 8678. The Debtor's corporate headquarters is located at 3500 Quakerbridge Road, Mercerville, New Jersey 08619.

3. I graduated from the Temple University School of Law in 1982, and was duly admitted to practice in the Commonwealth of Pennsylvania in 1982.

4. I am a member in good standing of the bars of the Commonwealth of Pennsylvania (admitted in 1982), the Third Circuit Court of Appeals (admitted in 1992), and the U.S. District Court for the Eastern District of Pennsylvania (admitted in 1982).

5. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I am associated in the within matter with Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C. and Eitan D. Blanc, Esq., an attorney licensed to practice law in New Jersey by the Supreme Court of New Jersey and admitted and eligible to practice in the U.S. District Court of New Jersey pursuant to Local Civil Rule 101.1(b).

7. DVL has requested that I represent them in this case due to my litigation experience, and my familiarity and particularized knowledge concerning the issues raised in this proceeding, including my representation of DVL in the related District Court Action (2:17-cv-04261-KM-JBC) for which I am admitted *Pro Hac Vice* and the underlying Bankruptcy Matter, for which I am also admitted *Pro Hac Vice*.

8. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

9. If admitted *pro hac vice,* I agree to abide by the Local Rules, including L. Civ. R. 101.1(c), and to make the payments to William T. Walsh, the Clerk of the United

States District Court for the District of New Jersey, and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

10. I agree to (i) abide by the Court rules for the United States District for the District of New Jersey, (ii) immediately notify this Court of any matter affecting my standing in any court to which I am admitted; and (iii) have all pleadings, briefs and other papers filed with this Court signed by an attorney of record authorized to practice in this Court.

11. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WHEREFORE, undersigned counsel hereby requests that the Court grant this Motion and enter the proposed Order submitted herewith.

_____
ANTHONY R. TWARDOWSKI, ESQ.

Dated: December 21, 2020