# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Congoleum Corporation,[1] | Case No: 3-20-cv-16590-MAS |
| Debtor. | |
| | Chapter 11 |
| | Case No.: 20-18488 (MBK) |
| Bath Iron Works Corporation, | |
| Plaintiff, | |
| | Adv. Pro. No.: 20-01439 (MBK) |
| v. | |
| Congoleum Corporation, | |
| | **ORDER** |
| Defendant. | |

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED that the application for Anthony R. Twardowski, Esquire's Admission *Pro Hac Vice* to practice in this Court as counsel for DVL, Inc. and DVL Kearny Holdings, LLC in this matter, pursuant to Local Rule of Civil Procedure 101.1(c), is hereby granted.  It is Further:

ORDERED that Anthony R. Twardowski be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are 8678. The Debtor's corporate headquarters is located at 3500 Quakerbridge Road, Mercerville, New Jersey 08619.

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

_____
U.S.D.J.